Fee PAID

R.J. Kulick          (Name)

38122 Village 38     (Address)

Camarillo, CA 93012  (Address)

310-474-1848         (Phone Number)

Plaintiff in Pro Per

```
                        FILED
              CLERK, U.S. DISTRICT COURT

                     FEB 14 2022

              CENTRAL DISTRICT OF CALIFORNIA
              BY        KmH
                              DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. Kulick | Case No.: 2:22-CV-1032-SB-SKx |
| **Plaintiff,** | (1) Unconstitutional Judiciary Authority Over The Rights Of A Citizen; |
| **vs.** | (2) Violation Of Americans With Disabilities Act of 1990; |
| U.S. Bankruptcy Court, Central District of CA-Northern Division, Chapter 13, Howard I. Camhi, Jeff F. Tchakarov, Michelman & Robinson,LLC: | (3) Filing of Magistrate Judge's Report & Recommendations Before This Court Dismisses This Case For Any Reasons; |
| & Does 1-100, Inclusive. | (4) Declaratory Relief::And (5) Injuctive Relief. |
| **Defendant(s)** | No jury Trial |

I. Jurisdiction

1. This Court has jurisdiction under 28 U.S.C. Section 1331 (federal question) & all other applicable Rights of A Citizan under U.S. Consitution & Bill of Rights & Declaration of Independence parent of U.S. Consitution & all other applicable federal sttutues.

1

## II. VENUE

2. Venue is proper pursuant to ___ Defendants doing business in
U.S. Bankruptcy Court, Central District of CA, Northern

Division

## III. PARTIES

3.   Plaintiff's name is ___ R.J. Kulick ___ . Plaintiff resides
at: 38122 Village 38, Camarillo, CA 93012

4. Defendant U.S. Bankruptcy Court, Central District of
CA, Northern Division

5. Defendant Howard I. Camhi, at: 10880 Wilshire Bl.,
19th Fl., L.A. CA 90024

6. Defendant  Jeff F. Tchakarov , at: 10880 Wilshire
Bl., 19th Fl., L.A. CA 90024

7. Defendant  Michelman & Robinson, LLC, at: 10880
Wilshire Bl., 19th FL., L.A. CA 90024

___. Defendant

___. Defendant

3

# IV. STATEMENT OF FACTS

1    This matter relates to U.S. Bankruptcy Court,
*Insert ¶ #* Central District of CA, Northern Division, Chapter 13, Case
#9:21-bk-10017-DS, Robert Jacob Kulick aslo known as R.J.
Kulick, Debtor, As Debtor, being denied Rights of A Citizen
against being subjected to protection against abusive ill-
treatment under 2004 Rule for deposition & court dismissal
of this case, court conversion into Chapter 7. These fore-
going factual cirsctumstances, Plaintiff reserves the right
to amend in this court & USCA-9 & U.S. Supreme Court, with
whatever add'l facts with exhibits not included in this
Complaint.

2.    See enclosed copy for Exhibit A, a 2-9-22 fax to
Insert # Reed Olmstead, Esq., copied to Howard Camhi, Esq.,
defendant & Jeff (mispelled last name) is Tchakarov ( due
to Plaintiff's Dyslexia condition.

3.    See enclosed copy for Exhibit B, a 12-18-21 fax
Insert # to Elizabeth F. Rojas & Hon. Deborah J. Saltzman.

3.    See enclosed copy for Exhibit C, a 1-26-21 document
*Insert ¶ #* which addresses penalty of perjury, that Court has
not at anytime objected to "Subjectto", etc., yet when at
deposition on 2-7-22, Howard Camhi, tormented Plaintiff for
using same "Subject to", etc., while at no time prior did
Camhi make objection to that Court about this matter.

4.    Please note: Excuse typo errors-Dyslexia condition
Insert #

2-9-22 = far time not reset = Extremely Urgent to = Reed Olmstead, Esq =
Re Chapter 13 Matter = Dear Mr. Olmstead = ① Confirm of our phone call =
informed you "I'm knocked out totally, you informed call 2x, you in front of office for
court today - if I call you back today, + our 2nd phone am, gave you dates for next
depo - 2/14 or 15 or 16 or next wk 2/18, etc ② Confined to my bed the whole day 2/8
from complete exhaustion - a lot from 2/7 depo treatment (s) + other major medical
+ dental issues + Dysplexia condition!!! ③ Rec'd on 2/8 phone message from my
Kaiser, Dr. Lee's office to make office visit for follow up to my 1-25-22 Kaiser
Urgent care visit in re: heart matter, - if I got 3rd blockage - it's fatal + have
pains in heart muscle (area) so these informed + that being visit documented, then via
phone called Dr. Lee's office, spoke with his RN "Christian" - informed - her
Minutes at this time to make appt + will as soon as able to due to current
Medical Hardship, + prior spoke with my dentist's office (Dr. Roos) about
dental issues currently - swollen lips + severe acute pain in 2 teeth and work done
Prior, office informed when able to come in just call + they'll make a time
available that same day - because Dr. wants to see me too ④ Having most
serious defective Sleep Apnea's CPAP Machine + red alert on nasal seal
when Kaiser working on with a prior to fix, need to breathe when
sleeping - blue choking + vomiting + no rest - condition to severe
+ chronic fatigue, my energies + activities continue to be greatly +
restricted to do anything n go anywhere for anything ⑤ It's my
heart felt desire to do next depo + again await prior call for new date
+ time for new depo call # + Meeting Code etc.!!!, ⑥ I'm looking
forward to my "Sudden Cardiac death" as you + bankruptcy
court + opposing creditor attys are aware I face, Because
that means to me, I'll be with wife again; I died when she died 5+
yrs ago + had a good life with more ups than downs which I'm
most grateful for!!! this matter maybe concluded after
my death if not before + in meantime doing best I'm able
with other affairs (matters). Sincerely, ROBERT T Kurok Sr.
C: Howard Kamke + Jeff Takahara, Esqs.

EXHIBIT A   page 5

Elizabeth F. Rojas, Chapter 13 Trustee
15260 Ventura Blvd.
Suite 710
Sherman Oaks, CA  91403
Telephone:  (818) 933-5700
Facsimile:  (818) 933-5755

**12-18-21**, fax time not reset: Extremely
            Urgent: c/o Ms. Rojas fax # for
forward to : Elizabeth F. Rojas & Hon.
Deborah J. Saltzman, Assigned Hearing Off-
icer: Re: This copy 12-9-21 Notice from
Ms. Rojas, & related matters:  Dear Ms.
Rojas & Hon. Saltzman: (1) Again, to type
this letter a medical hardship, as you
both know, nevertheless  imperative to
continue to document this entire matter.*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

IN RE:                                          )    CASE NO. 9:21-bk-10017-DS
                                                )
Robert Jacob Kulick                             )    CHAPTER 13
                                                )
                                                )    **CHAPTER 13 TRUSTEE NOTICE OF**
                                                )    **CONTINUED 341(a) MEETING**
                                                )
                                                )
                                                )
                                                )    DATE:    January 05, 2022
                                  DEBTOR        )    TIME:    10:00 am
                                                )    PLACE:   Via Video Conference

---

   **PLEASE TAKE NOTICE THAT AT THE DATE AND TIME LISTED ABOVE THE
FOLLOWING WILL BE HELD VIA VIDEO CONFERENCE:**

**CONTINUED 341(a) MEETING**

A continued 341(a) meeting will be held via Video Conference. A separate notice with the link and exact
time will be filed and a copy mailed to the Debtor(s).

*12-18-21 (Cont'd):  Since, "lack of progress" & "appeal" necessary
as related "dismissal" not by Debtor.  (2) Request that this Court
demand from Debtor Creditor attorney, Howard Camhi, whether or not
his law firm, Michelman & Robinson,LLC, is still the attorney of
record for my landlord, Sharon Towers Apts, et al? If, his law
firm is, then there's a conflict of interest here as well as his
use of the taking of my deposition.  Which would be used to the
benefit of above "landlord, et al, in any litigation in the fore-
going.  (3) Camhi has in essence accused me of intentionally being
                                    (Cont'd)

DATED:  December 09, 2021

                                                *Elizabeth F Rojas*
                                    _____
                                    Elizabeth F. Rojas
                                    Chapter 13 Standing Trustee

EXHIBIT B  page 6

Ms. Rojas & Hon. Saltzman                Robert Jacob Kulick
Page 2
12-18-21

*12-18-21 (Cont'd):   unjustly a liar & a cheat. Well, I'm not!!! The "lair
                      & cheat" here is Camhi!!! His hatred of me, the
record now demonstrates, w/o a doubt. Usually, that's from some emotional
disturbance within him. That he gets to use his status as an attorney at
law, to torment other(s)!!!  Any "lack of progress",is from him not me.
This he's thus far succeeded in, since Hon. Zaltzman's "annoyance" no
secret here.  (3) On 12-15-21, had a phone with Reed Olmstead, Esq., (a.)
Meeting cont'd till 1-5-21, (b.) He'd call Camhi & Jeff Tachakarov today
to setup a date for deposition. & call me back on that status on 12/15 or
12/16. But, got no call back, which in part prompts this fax to you. When
does this "lack of progress" end?  Olmstead knows I want that depo "ASAP"
& that I get a fair hearing & an approval of payment plan, whatever this
Court feels appropriate.,  (c.) My 310#, 24/7 for messages, I have to call
but, now my tape recorder to record those messages when I call for them,
no longer works & unable to use a digital tape recorder. Need that process
to put in my phone log what message(s) about, etc. (d.) My memory getting
worse, that's why need to put in writing as much as possible. (e.) Faxed
Olmstead a copy of my Kaiser After Visit Summary on 11-18-21, which well
documents my medical condition. A copy of it please find enclosed. (f.)
In part, states, "EKG Shows A Bifascicular Block" & "Risk Of Worsening
Condition &/or Sudden Cardiac Death". That kind of "death" I truly eager
look forward to, why? Because, if there really is a hereafter, I'll be
with my wife again!!! Faced death many times, know how it feels. Just
do not want to die a painful death for any duration, like COVID-19, etc.
Had a long life with much more ups than downs, which most grateful for.
My property is where I would like to die in. My wife's spirit is there too.
My bedroom is where my father died in. My parents willed me that property.
Because, when I retired in 1985 after going to work at age 13, I used to
drive every Sunday to take one of my sisters out to lunch in Santa Barbara
Cty, where she was in poor health & died at age 50 from medical malpractice
My  brother Sherman A. Kulick was attorney at Law & CPA, who was brutally
murdered in an attempted robbery in (our) corp. headquarters in Culver
City, CA in 1993, enclosed please find a copy of L.A. Times 1-25-95,
Editorial, "Penalty for Murder" by me. My property in Camarillo would be
a shorter drive for me than driving from L.A. apt. & back same day. That
was why my parents willed me that property!!! There's nothing special about
me, just want "due process" in our judicial system under the Rule of Law.
In large part, because those that died or injured for under our Constitut-
ion & Bill of Rights & its parent the Declaration of Independence must NOT
have been in Vain!!!:  I, Robert Jacob Kulick, declare under the penalty
of perjury that all the above is true & correct to the best of my knowledge
& belief & abilities-per the above. Signed: Robert Jacob Kulick
Dated: 12-18-21. : Await from each of you, your written confirm of receipt
of this fax/status. Sincerely, Robert Jacob Kulick
c: Reed Olmstead, Esq./Howard Camhi & Jeff Tachakarov, Esq(s) & party(s)
   of concern
(5) pages follow in this transmission

EXHIBIT B  page 7

# AFTER VISIT SUMMARY

 **KAISER PERMANENTE.**

**Robert J. Kulick** MRN: 00▮▮▮▮7558

📅 11/18/2021 6:00 PM 📍 URGENT CARE

## Instructions from RENEE NICOLE MAGANA MD, M.D.

**Read the attached information**
Additional instructions from RENEE NICOLE MAGANA MD, M.D.

## What's Next

**NOV 18 2021**
**Diagnostic Imaging**
Thursday November 18 6:35 PM

RADIOLOGY
4949 MARKET ST
VENTURA CA
93003-7851
888-249-2112

**NOV 29 2021**
**COVID-19 Vaccine**
Monday November 29 1:50 PM
Please bring your original CDC vaccine card (showing proof of prior dose) to your appointment.

FAMILY PRACTICE
888 S HILL RD
VENTURA CA
93003-8400
833-574-2273

# Medications

## Visit Medication List

Patient reported, restarted, and new medications relevant to this visit. This may not reflect all medications the patient is taking.

| | Dosage |
|---|---|
| traMADoL (ULTRAM) 50 mg Oral Tab (Taking) | Take 1 tablet by mouth every 6 hours as needed for pain |
| DiazePAM (VALIUM) 10 mg Oral Tab (Taking) | Take one-half to 1 tablet orally daily as needed for muscle spasms |
| Hydrocortisone Acetate (ANUSOL-HC/ANUCORT-HC) 25 mg Rect Supp (Taking) | Unwrap and insert 1 suppository rectally every 6 hours as needed |
| Allopurinol (ZYLOPRIM) 100 mg Oral Tab (Taking) | Take 1 tablet by mouth daily |
| SUMAtriptan (IMITREX) 50 mg Oral Tab (Taking) | TAKE 1 TABLET BY MOUTH AT ONSET OF HEADACHE AS DIRECTED |

## Today's Visit

You saw RENEE NICOLE MAGANA MD, M.D. on Thursday November 18, 2021. The following issues were addressed:
• CHEST PAIN

 Blood Pressure
**155/68**

 Height
**5' 6"**

Pulse
**71**

Oxygen Saturation
**96%**

 BMI
**31.47**

 Temperature (Temporal)
**98 °F**

 Respiration
**16**

## kp.org Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://healthy.kaiserpermanente.org/hconline/ie/**, click "Sign Up Now", and enter your personal activation code: **S5ZF2-HN2HF**. Activation code expires 12/12/2021.

*EXHIBIT B page 8*

# Visit Medication List

restarted, and new medications relevant to this visit. This may not reflect all medications Patient reported, the patient is taking. (continued)

| | Dosage |
|---|---|
| Lisinopril (PRINIVIL/ ZESTRIL) 20 mg Oral Tab (Taking) | Take 1 tablet by mouth daily |
| Tamsulosin (FLOMAX) 0.4 mg Oral Cap (Taking) | Take 1 capsule by mouth daily at bedtime |
| Levothyroxine (LEVOTHROID/ SYNTHROID) 75 mcg Oral Tab (Taking) | Take 1 tablet by mouth daily |
| Finasteride (PROSCAR) 5 mg Oral Tab (Taking) | Take 1 tablet by mouth daily |
| traZODone (DESYREL) 50 mg Oral Tab (Taking) | Take 1 to 2 tablets by mouth at bedtime as needed for sleep |

# New Orders

Normal Orders This Visit

CBC NO DIFFERENTIAL [85027 CPT(R)]

CREATININE [82565 CPT(R)]

EKG 12 OR MORE LEADS W INT & RPT [93000 CPT(R)]

ELECTROLYTE PANEL (NA, K, CL, CO2) [80051 CPT(R)]

GLUCOSE [82947 CPT(R)]

START IV [210604 Custom]

TROPONIN I, HIGH SENSITIVITY [84484 CPT(R)]

XR CHEST 2 VIEWS [71046 CPT(R)]

Common Medication Direction Abbreviations

PO = Orally, QD = Once/day, BID = Twice/day, TID = 3x/day, QID = 4x/day, PRN = as needed

QHS = Every night at bedtime, AC = Before meals, PC = After meals, c = With, s = Without

# Allergies as of 11/18/2021

Reviewed by Mattison, Marisa Lee (R.N.), R.N. on 11/18/2021

| | Severity | Noted | Reaction Type | Reactions |
|---|---|---|---|---|
| Nsaids, Non-selective [non-steroidal Anti-inflammatory Agents] | High | 12/14/2017 | Intolerance | |
| "SURENET744 Kidney Disease. Exception to this NSAID intolerance is aspirin 81-325mg daily and topical or opthalmic NSAIDS"' | | | | |
| Aspirin | Not Specified | 11/12/2001 | | |
| Codeine And Opiate Derivatives | Not Specified | 11/12/2001 | | Nausea and/or Vomiting |

EXHIBIT B page 9

## Attached Information
Additional instructions from RENEE NICOLE MAGANA MD, M.D.

**Your Kaiser Permanente Care Instructions**

**WHO PRESENTED TO THE URGENT CARE TODAY FOR EVALUATION OF CHEST PAIN TIMES 7 DAYS**
**YOUR EKG SHOWS A BIFASCICULAR BLOCK**
**YOU DECLINED LABORATORIES AND FURTHER INVESTIGATIVE TEST SUCH AS CHEST X-RAY**
**YOU ARE LEAVING THE URGENT CARE PRIOR TO A COMPLETE EVALUATION**
**ANY EXPRESSED UNDERSTANDING OF THE RISK OF WORSENING CONDITION AND/OR SUDDEN CARDIAC DEATH**

**Chest Pain: Care Instructions**

**Your Care Instructions**



*12-15-21 via fax, time of fax not reset = NOTE to = Reed Olmstead, Esq. Chapter 13, (1) Reason left urgent care, because did not want to be put in hospital, COVID-19 uncertainties + my sleep apnea, CPAP breathing machine, Kaiser informed (prior) could be stolen + maybe Kaiser's not available (CPAP) for me ! ! !*

There are many things that can cause chest pain. Some are not serious and will get better on their own in a few days. But some kinds of chest pain need more testing and treatment. Your doctor may have recommended a follow-up visit in the next 8 to 12 hours. If you are not getting better, you may need more tests or treatment.

Even though your doctor has released you, you still need to watch for any problems. The doctor carefully checked you, but sometimes problems can develop later. If you have new symptoms or if your symptoms do not get better, get medical care right away.

If you have worse or different chest pain or pressure that lasts more than 5 minutes or you passed out (lost consciousness), **call 911 or seek other emergency help right away.**

A medical visit is only one step in your treatment. Even if you feel better, you still need to do what your doctor recommends, such as going to all suggested follow-up appointments and taking medicines exactly as directed. This will help you recover and help prevent future problems.

Robert J. Kulick (MRN: 0000███7558) • Printed at 11/18/21 6:31 PM          Page 3 of 6  Epic
This is confidential information. Do not throw away in a Kaiser Permanente trash can.
EXHIBIT B page 10

## How can you care for yourself at home?

- Rest until you feel better.
- Take your medicine exactly as prescribed. Call your doctor if you think you are having a problem with your medicine.
- Do not drive after taking a prescription pain medicine.

## When should you call for help?



**Call 911 if:**

- You passed out (lost consciousness).
- You have severe difficulty breathing.
- You have symptoms of a heart attack. These may include:
  - Chest pain or pressure, or a strange feeling in your chest.
  - Sweating.
  - Shortness of breath.
  - Nausea or vomiting.
  - Pain, pressure, or a strange feeling in your back, neck, jaw, or upper belly or in one or both shoulders or arms.
  - Lightheadedness or sudden weakness.
  - A fast or irregular heartbeat.

After you call **911**, the operator may tell you to chew 1 adult-strength or 2 to 4 low-dose aspirin. Wait for an ambulance. Do not try to drive yourself.

**Call your doctor today if:**

- You have any trouble breathing.
- Your chest pain gets worse.
- You are dizzy or lightheaded, or you feel like you may faint.
- You are not getting better as expected.
- You are having new or different chest pain.

## Where can you learn more?

Go to https://kp.org/health

Enter **A120** in the search box to learn more about "**Chest Pain: Care Instructions.**"

Current as of: February 26, 2020        Content Version: 12.8

© 2006-2021 Healthwise, Incorporated.

Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

# General Information

## SKIP THE TRIP. Have our pharmacy come to you!

EXHIBIT B  page 11

B6    WEDNESDAY, JANUARY 25, 1995  ★

LOS ANGELES TIMES

# EDITORIALS

## Penalty for Murder

■ The death penalty is prescribed under California law for murder. My brother was murdered during an attempted robbery in Los Angeles County. I phoned the prosecuting deputy district attorney and asked why the death penalty wasn't sought. I was informed that 10 years ago it would have been but today a committee in the district attorney's office decided because of the costs involved in appeals, it's cheaper to seek life imprisonment without parole.

The district attorney's office had no doubts that this was a murder. The prosecuting deputy district attorney questioned the jurors after their verdict and they too had no doubts that the defendants murdered my brother. After hearing this explanation, I thought, "If this is the case then God help us all."

ROBERT KULICK
Los Angeles

## C-Span Cameras

■ C-Span has been an invaluable tool for me in learning about the actual dynamics of domestic and international politics. Allowing cameras into the congressional chambers has been one of the greatest benefits available to me through cable television. "The next great step would be the suggestion of your editorial, "C-Span's Shackles" (Jan. 5). It would be wonderful to see the reactions. I agree. Free C-Span cameras!

JAMES WILDER
San Diego

## New Stamps

■ For a while, at least, our postage stamps are "G" rated.

BARRY J. STONE
Culver City

Department of Fish and Game was current law approved by voters in 1990 and quoted earlier by Dowling, can kill or remove any mountain lion that officials perceive poses an imminent threat to public health and safety, before even the possibility of an "attack."

While there is good evidence of our human increase in population (which has grown by over 50% in California since mountain lions were first protected in 1971), there is very poor evidence that, in fact, mountain lions are increasing. Field research in Orange County, for example, established that the mountain lion population was not increasing, but in serious danger of extinction due to limited habitat.

Dowling then goes on to question his reintroduction of wolves to Yellowstone National Park. The wolf, in fact, is the only large species of native mammal that is currently absent from the Yellowstone ecosystem, an ecosystem that has recurrent problems with overpopulating elk and bison herds. The goal of the National Park System, as established by Congress, is to restore ecosystems.

MARK J. PALMER, Executive Director
Mountain Lion Foundation, Sacramento

■ Dowling writes, "Each species has a special place on our planet, and sometimes we do

"Federal Cops" (Jan. 8) should have been in support for federal centrist, down the middle of the page.

If you think that a police state can survive anything less than a medium of bloated government, you are living in a fantasy.

JAMES TODHUNTER
Newport Beach

...ces someone to Police the overwhelming Column Right, or better yet, since he is truly funding he "zan ...

Bombastic showing that funding for p an authoritari are spending sion instead of his conservati he pulls the p radio and cul will get across

The messa hearing is thi around by st know what is I travel wit I rely on coll timely news reporting fro fair weight u News's, if (n two years tim

■ Did someo boys that th owned by th taxpayers payment of and advertis mercial bro mercial broa sets from th dare these p demise of pu

## Los Angeles Times

RICHARD T. SCHLOSBERG III
Publisher and Chief Executive Officer

EUGENE L. FALK
Executive Vice President
and General Manager

SHELBY COFFEY III
Editor and
Executive Vice President

GEORGE J. COTLIAR
Managing Editor

NARDA ZACCHINO
Associate Editor

CAROL STOGSDILL
Senior Editor

TERRY SCHWADRON
Deputy Managing Editor

WILLIAM R. ISINGER
Senior Vice President,
Finance

WILLIAM A. NIESE
Senior Vice President,
Law and Human Resources

KEATING RHOADS
Senior Vice President,
Operations

THOMAS PLATE
Editor
of the Editorial Pages

FRANK DEL OLMO
Deputy Editor
of the Editorial Pages

Vice Presidents

JANIS L. HEAPHY
JEFFREY S. KLEIN
R. MARK HARMLER
JUDITH L. SWEENEY

VICTOR A. PERRY III
JUDITH L. SWEENEY

HARRISON GRAY OTIS, Publisher, 1882-1917
HARRY CHANDLER, Publisher, 1917-1944
NORMAN CHANDLER, Publisher, 1944-1960
OTIS CHANDLER, Publisher, 1960-1980

Published by The Times Mirror Company
ROBERT F. ERBURU, Chairman and President
DAVID LAVENTHOL, Editor at Large

EXHIBIT B page 12

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
    against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any
    copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any
    corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number
    and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom
    assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property
    included in Schedule A/B that was filed with any such prior proceeding(s).)
    In re Jacob Kulick, Ch 13 filed 1/29/18, case no. 9:18-bk-10119-DS, dismissed 4/12/18
    In re Jacob Kulick, Ch 13 filed 10/1/18, case no. 9:18-bk-11609-DS, dismissed 11/8/19

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
    Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
    debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the
    debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the
    complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge
    and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list
    any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    N/A

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
    previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
    of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
    of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms
    or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each
    such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether
    still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule
    A/B that was filed with any such prior proceeding(s).)
    N/A

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has
    been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior
    proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still
    pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B
    that was filed with any such prior proceeding(s).)
    None
    *Subject to being permanently, physically* *

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Camarillo                              , California,

Date:         January 26, 2021

*disabled person under American with
Disabilities Act & wide side effects
from medications for this disability
& Dysplexia, it's a hardship
to read & write = /W/*

Robert Jacob Kulick
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                          Page 1              F 1015-2.1.STMT.RELATED.CASES

1.

*EXHIBIT C   page 13*

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( Unconstitutional Judiciary Authority Over The Rights )

(Of A Citizen)                *insert title of cause of action*

**(As against Defendant(s):** and Does 1-100,Inclusive

)

1. See IV, Statement Of Facts, Insert item #s 1,2,& 3.

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

*14*

Pro Se Clinic Form                *Page Number*

## SECOND CAUSE OF ACTION

( Violation Of Americans With Disabilities Act of 1990 )
*insert title of cause of action*

(**As against Defendant(s):** and Does 1-100, Inclusive

)

1   See IV. Statement Of Facts, all applicable Insert
*Insert ¶ #*   item #s.

2.   Plaintiff is a permanent, physically disabled person
*Insert ¶ #*
under ADA of 1990, & suffers from: Prostrate, Osteoarthritis,
Sleep Apnea, spinal stenosis, parapleggia, kidney disease,
kidney stone, acute Renal Failure, Hypokalemia, constipation,
chect pain, abominal pain, malaise & fatique, Hematuria,
Atherosclerosis of Aorta, Hypothyroidiam & more, migaines,
& more.
   3.   Now, 2 blockages in heart & when 3rd fatal, pains
*Insert ¶ #*
in heart muscle (area) when weaken heart muscle-can not re-
replace that muscle, subject to Sudden Cardiac Death.
Heart musclefailure-extremist painful death, which Kaiser
M.D.  wrote in Exhibit B.

# THIRD CAUSE OF ACTION

( Filing of Magistrate Judge's Report & Remmendations )

(Before This Court Dis *insert title of cause of action* -misses This Case For Any Reasons)

**(As against Defendant(s):** _____

and Does 1-100-Inclusive )

1    This gives Plaintiff opportunity whether or not

*Insert ¶ #*

to dismiss this case without prejudice or determine a USCA-9

& U.S. Supreme Court, further for definitive resolution.

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form

# FOURTH CAUSE OF ACTION

( Declaratory Relief )

*insert title of cause of action*

**(As against Defendant(s):** and Does 1-100, Inclusive

)

   1   For Defendants to Complaints (1), (2) & permit

*Insert ¶ #*

Plaintiff not to be subject to Chapter 13 Court to dismiss

that case or do a conversion to Chapter 7. Just have

that Court decide on a fair payment Plan bsese on court

docuemnts of Debtor & nothing else, based on this Complaint.

Any damages beyond Plaintiff costs to make this Complaint
subject to waiver by Plaintiff, afterall, seeking fairness.

*Insert ¶ #*

*Insert ¶ #*

```
FIFTH    CAUSE OF ACTION

(   Injunctive Relief                                    )
                          insert title of cause of action

(As against Defendant(s):  and Does 1-100, Inclusive
                                                         )
```

1    That this Chapter 13 Court do not dismiss this case

*Insert ¶ #*

or have a conversion to Chapter 7. See page 8, Declaratory

Relief, as other basis for this Complaint (5). That Howard

Camhi stop tormenting Plaintiff as Debtor in 2004 Rule for

deposition, & that Camhi accept "Subject to", etc. in

Plaintiff's Debtor's penalty of perjury matter as adddtressed
in this Complaint.

2    That IV. Statement of Facts be a basis also for

*Insert ¶ #*

this Injuctive Relief.

*Insert ¶ #*

*18*

Pro Se Clinic Form

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1    That this Court incorporates as a basis  for this

*Insert ¶ #*

request for relief, pages 4 through 9, & trust this Court

will provide Complaint (3) before this Court Dismisses this

case for any reasons. The purpose of this Complaint is

in the best interests of justice under the Rule of Law, that
those died or injured for the Constitution not have been in
VAIN!!!

2.  Plaintiff does not think that Elizabeth Rojas,

*Insert ¶ #*

Trustee or Hon. Deborah Saltzman, Hearing Judge are not

honorable persons, however Plaintiff thinks their reactions

to Plaintiff Debtor are difficult to better understand that

when Plaintiff Debtor writes to them, when there's nothing
in the Constitution that prevents writing to them—directly
should not have some impact to comford Plaintiff Debtor—some
                                                        how.

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form

## PROOF OF SERVICE VIA FAX

State of California        )

County of Ventura          )    ss.

I am a resident of the County of Ventura. I am over the age of
eighteen years. My address 38122 Village 38, Camarillo, CA 93012

On 2-10-22      , I served the within: U.S. District Court, Central
District of CA, Complaint For: (1) Unconstitutional Judiciary
Authority Over The Rights Of A Citizen; (2) Violation Of American
With Disabilities Act of 1990; (3) Filing of Magistrate Judge's
Report & Recommendations Before This Court Dismisses This Case For
Any Reasons; (4) Declaratory Relief: And (5) Injunctive Relief.

on the interested parties in this action as follows: For:

U.S. Bankruptcy Court, Central District of CA, Northern Division,
Howard I. Camhi, Jeff F. Tchakarov, Michelamn & Robinson,LLC

at: 15260 Ventura Bl., Ste. 710, Sherman Oaks, CA 91403 for U.S.
    Bankruptcy Court, Central District of CA, Northern Division

at: 10880 Wilshire Bl., 19th Fl., L.A. CA 90024 for Howard I. Camhi,
    Jeff F. Tchakarov, Michelman & Robinson,LLC

I declare under penalty of perjury that the foregoing is true &
correct.

Dated at Camarillo, CA on 2-10-22

_____

R.J. Kulick in Pro Per

2-10-22   Via U.S. mail

To: Ms. Kiry K. Gray,
    Clerk/Executive, Office of Clerk
    U.S. District Court, Central District of CA
    255 East Temple St., Room 180
    L.A. CA 90012

Dear Ms. Kiry:

Please mail back a court stamped conformed court filing date on
copy enclosed with case #, in enclosed self-addressed reply
envelope.

Do not have computer or Smartphone & have medical harships. Doing
anything or going anywhere for anything  extreme hardship, elderly
person & with Dyslexia condition.

Greatly appreciate whatever kind assistance you are able to provide
me for my court needs. Look forward to your earliest written reply/
status.

Sincerely, R.J. Kulick
          in Pro Per
          38122 Village 38
          Camarillo, CA 93012
          310-474-1848

encls:

310-474-1848

**LEISURE VILLAGE NEWS**
PO BOX 2254
CAMARILLO, CA 93011-2254

90-3582-1222                    5011

DATE 2-10-22

PAY TO THE
ORDER OF   Clerk, U.S. District Court        | $ 402 00 *

Four hundred two + no/cents _____ DOLLARS

**usbank**   All of us serving you™

MEMO filing fee, Complant, U.S. Bankruptcy
Court, Central District of CA, Norther
Division, et al

⑆122235821⑆  153466841647⑆ 5011

001668

R. T. K. Ulick
IN Pro Per
3812 Village 38
Camarillo, CA 93012

2/10
Return Service Requested

encl = # 5011 for
complaint, U.S.
Bankruptcy Court,
Central District of CA,
Northern Division;
et al.

Ci file

Ms. Kiry K. Gray
Clerk/Executive
U.S. District Court
Central District of CA
Office of The Clerk
255 East Temple St., Room 180
L.A. 90012

9001283332  CO32